1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALVIN JONES,

11            Plaintiff,                        No. CIV S-07-2758 FCD GGH P

12        vs.

13   S. FRAZESN, et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23   counsel will therefore be denied.

24            On May 7, 2008, plaintiff filed a request that all court proceedings in this action

25   be postponed until he recovers from knee surgery.  The court cannot delay resolution of this

26   action while plaintiff recovers from surgery.  In any event, on April 21, 2008, the court ordered

1  the U.S. Marshal to serve process on defendants.  Process has not been completed.  Plaintiff's

2  request to postpone proceedings is denied.

3             Accordingly, IT IS HEREBY ORDERED that:

4             1.  Plaintiff's March 28, 2008 motion for the appointment of counsel (Doc. 31) is

5  denied;

6             2.  Plaintiff's May 7, 2008, request to postpone proceedings is denied.

7  DATED:  06/06/08

                                    /s/ Gregory G. Hollows
8
                                    _____
                                    GREGORY G. HOLLOWS
9                                   UNITED STATES MAGISTRATE JUDGE

10  GGH:bb
    jone2758.31

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26