IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVIN JONES,

        Plaintiff,   No. CIV S-07-2758 FCD GGH P

   vs.

S. FRAZESN, et al.,

        Defendant.   ORDER

_____/

        On May 28, 2008, service as to defendant Easterling was returned because he is on long term military leave. It does not appear that service of defendant Easterling may be effected.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall show cause why defendant Easterling should not be dismissed.

DATED: 07/25/08

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

jo2758.osc