IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVIN BERNARD JONES,
           Plaintiff,           Case No. 2:07-cv-02758 RCT

vs.

S. FRAZESN, et al.,
           Defendants.           **ORDER**

_____/

      Plaintiff, ALVIN BERNARD JONES, ("Plaintiff") is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Now before the Court is plaintiff's motion to appoint counsel.

## I.  MOTION TO APPOINT COUNSEL

    On July 13, 2009, Plaintiff filed a motion requesting the court appoint counsel. This motion renews the arguments set forth in Plaintiff's January 6, 2009 motion and affidavit. For the reasons set forth in the Court's June 1, 2009 Order denying motion to appoint counsel, the present request is also denied.

Accordingly, Plaintiff's motion to appoint counsel is DENIED.

IT IS SO ORDERED.

DATED:  August 13, 2009

                                     /s/ Richard C. Tallman
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation