UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN BERNARD JONES,<br><br>  Plaintiff,<br><br>v.<br><br>S. FRAZESN, et al.,<br><br>  Defendants. | No.  2:07-cv-02758-RCT<br><br><br><br><br><br>**JUDGMENT** |

   Today this Court issued its Order Granting Defendants' Motion for Sanction of Dismissal disposing of this case in its entirety.  Accordingly, judgment is hereby entered in favor of Defendants, Plaintiff shall take nothing, and the case is dismissed with prejudice.  All pending motions are denied as moot.

   DATED this 8th day of October, 2009, at Seattle, Washington.

*[signature: Richard C. Tallman]*
RICHARD C. TALLMAN
United States Circuit Judge
Sitting by designation