IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN BERNARD JONES, | 2:07-cv-02758 RCT |
|     Plaintiff, | |
| vs. | |
| S. FRAZESN, et al., | |
|     Defendants. | |
| _____ / | ORDER |

    Defendants are ordered to file a response to Plaintiff Alvin Bernard Jones' Motion for Relief from Dismissal or Court Order (FRCP 60(b)) filed with this court on June 25, 2010. Briefing is due within 21 days of the date of this order.

    IT IS SO ORDERED.

    DATED this 7th day of July, 2010.

    /s/ Richard C. Tallman
    UNITED STATES CIRCUIT JUDGE
    Sitting by designation